**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| DAWN LAWREY, Mother and Next Friend of Aubree Lawrey, A Minor, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV63 |
| vs. | ) ) | |
| GOOD SAMARITAN HOSPITAL, KEARNEY CLINIC, P., and DAWN M. MURRAY, M.D., | ) ) ) ) | ORDER TO SHOW CAUSE |
| Defendants. | ) | |

The records of the court show that, by letter dated February 18, 2011, attorney James R.  Welsh was directed to pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h) within fifteen days.  The Clerk of the Court advises that, as of this date, Mr. Welsh has not complied with this requirement.  Under NEGenR 1.7(h), failure to pay the assessment is cause to remove an attorney from the court's roll.

**IT IS ORDERED:**

1.  On or before **April 14, 2011** attorney James R.  Welsh shall pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h) or show cause by written affidavit why he cannot comply with the rules of the court.

2.  The Clerk shall transmit a copy of this order to James R.  Welsh at his last known address.

Dated: April 5, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge