IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN LAWREY, Mother and Next, Friend of Aubree Lawrey, A Minor, | ) ) ) | |
| Plaintiff, | ) ) | 8:011CV63 |
| vs. | ) ) | ORDER |
| GOOD SAMARITAN HOSPITAL, KEARNEY CLINIC, P.C., and DAWN M. MURRAY, M.D., | ) ) ) ) | |
| Defendants. | ) | |

The records of the court show that on February 18, 2011, a letter (Filing No. 7) was sent to:

> James R. Welsh
> Welsh, Welsh Law Firm
> 9290 West Dodge Road
> 100 The Mark
> Omaha, NE 68114

from the Office of the Clerk directing that he has not paid the 2011/2012 biennial attorney assessment fee. As of the close of business on March 7, 2011, said attorney had not complied with the request set forth in the letter from the Office of the Clerk.

On April 05, 2011, the Court issued a show cause order requiring said attorney to pay the 2011/2012 biennial attorney assessment fee or to file an affidavit explaining why he was unable to do so (Filing No. 22). Said attorney has not complied with such order and no response has been received to date.

**IT IS ORDERED** that, James R. Welsh, is stricken as an attorney of record for the plaintiff Dawn Lawrey, and shall not be noticed of events in this case. Said attorney may apply to be readmitted as an attorney of record after paying the annual assessment pursuant to NEGenR 1.7(h).

Dated this 28th day of April 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge