IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN LAWREY, Mother and Next Friend of Aubree Lawrey, a Minor, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV63 |
| V. | ) ) | |
| GOOD SAMARITAN HOSPITAL, KEARNEY CLINIC, P.C., and DAWN M. MURRAY, M.D., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on Kearney Clinic, P.C. and Dawn M. Murray, M.D.'s request for trial in Lincoln, Nebraska.

Having considered the matter, including the location of the parties and counsel of record, the court concludes that judicial economy would best be served by conducting the trial in Omaha, Nebraska. Accordingly, the request for trial in Lincoln, Nebraska will be denied.

**IT IS ORDERED** that Kearney Clinic, P.C. and Dawn M. Murray, M.D.'s request that Lincoln, Nebraska be designated the place of trial (filing 25) is denied. Trial of this matter will occur in Omaha, Nebraska.

**DATED August 23, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge