IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN LAWREY, mother and next friend of AUBREE LAWREY, a minor, | ) ) ) ) | CASE NO. 8:11CV63 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) ) | |
| GOOD SAMARITAN HOSPITAL, KEARNEY CLINIC, P.C., and DAWN M. MURRAY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the unopposed Motion to Dismiss Party Good Samaritan Without Prejudice (Filing No. 40) filed by Plaintiff Dawn Lawrey, mother and next friend of Aubree Lawrey, a minor.  Under Federal Rule of Civil Procedure 41(a)(2) the Court finds the motion should be granted and the action should be dismissed as against Good Samaritan Hospital without prejudice and at Plaintiffs' cost.  Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion to Dismiss (Filing No. 40) is granted; and

2. Defendant Good Samaritan Hospital is dismissed from Plaintiff's Complaint without prejudice, at Plaintiffs' cost.

DATED this 23rd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge